UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23 MJ 1048 JMB-2 ) |
| EDDIE REED, Jr., | ) ) |
| Defendant. | ) |

## **MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Samantha J. Reitz, Special Assistant United States Attorney for said District, and moves the Court to order defendant EDDIE REED, Jr., detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.), specifically possession with intent to distribute controlled substances in violation of Title 21, United States Code, section 841(a)(1).

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3. Additionally, pursuant to Title 18, United States Code, Section 3142(g), the nature of the allegations against the defendant, the weight of the evidence against the defendant, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release additionally warrant the defendant's detention pending trial.

4. The defendant is presently charged with possession with intent to distribute controlled substances. As noted in the Complaint, on February 1, 2023, law enforcement officers were pursuing a Volkswagen SUV that fled an attempted traffic stop. Officers observed a Volvo sedan following their route and suspected that the driver may have been trying to aid the occupants of the Volkswagen – driver Eddie Reed, Sr., and passenger Charles Robbins, Jr. Officers attempted a traffic stop of the Volvo but it fled. The Volvo was later observed by officers in the parking lot near the apartment building into which the passenger of the Volkswagen, Robbins, Jr., had fled. EDDIE REED, Jr. was seen by officers quickly walking away from the Volvo. After observing suspected fentanyl capsules in plain view on the driver seat of the Volvo, officers searched the vehicle and located and seized large amounts of fentanyl, including 450 pill capsules and 32 blue "M30" tablets, as well as marijuana and a Glock semi-automatic handgun.

5. In addition to the present charge, defendant REED, Jr., was arrested in August 2022, following execution of a State search warrant at an apartment in 3217 Dr. Martin Luther King Drive, the apartment building next to the parking lot where the Volvo was found in connection with the instant incident. During the execution of that search warrant, law enforcement officers located and seized, among other items, two firearms and a large amount of fentanyl, including a stolen firearm and fentanyl that were found in a bag on REED, Jr.'s person.

WHEREFORE, the Government requests this Court to order the defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

          SAYLER A. FLEMING
          United States Attorney

          _s/Samantha J. Reitz_
          SAMANTHA J. REITZ, #73579MO
          Special Assistant United States Attorney